by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge DiFiore taking no part.

S.L., Appellant, v J.R., Respondent.

Submitted March 28, 2016; decided March 31, 2016

Motion by Domestic Violence Legal Empowerment and Appeals Project et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of STATE OF NEW YORK, Respondent, v WALTER J.R., Appellant.

Submitted January 19, 2016; decided March 31, 2016

Motion for leave to appeal dismissed upon the ground that no motion for leave to appeal lies from an Appellate Division order which dismissed an appeal taken from a verdict sheet (see CPLR 5602). Motion for poor person relief dismissed as academic.

WALLY G., an Infant, by His Mother and Natural Guardian, YOSELIN T., Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION (METROPOLITAN HOSPITAL), Respondent.

Submitted March 28, 2016; decided March 31, 2016

Motion by New York State Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.